IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEUNDRA DEMARKO MILHOUSE, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CASE NO. 2:15-CV-489-WKW [WO] |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

## **ORDER**

On May 4, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 10.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Recommendation (Doc. # 10) is ADOPTED;

2. Milhouse's 28 U.S.C. § 2255 motion (Doc. # 1) is DENIED; and

3. This case is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 6th day of June, 2017.

                                                  /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE